JUL 05 '05 PM 3:41 USB

UNITED STATES BANKRUPCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

05 cv 11690 NG

FILING FEE PAID

IN RE

RONALD A. HANSEN

**DEBTOR**

CHAPTER 13
Case No. 04-20254 WCH

### LEINHOLDERS' NOTICE OF APPEAL

NOW COME the Lienholders/Creditors William R. Mullen and Steven W. Sahagian in the above entitled matter and respectfully appeal the decision of this Honorable Court's order dated May 13, 2005, avoiding the judicial lien in its entirety on the following grounds:

1. The court on that date did not have access to the complete file of the above entitled case and as such was not able to use the absent information in its decision.

2. Pursuant to 11 U.S.C. 522(f), a specific formula must be followed to determine the extent to which a judicial lien may be avoided. This was clearly adjudicated in *In re Silveira*, ___ F.3d ___ (1st Cir 1998), 1998 U.S. App. LEXIS 7754. It is held that a judicial lien shall only be avoided to the extent that it impairs an exemption to which the debtor would otherwise be entitled.

WHEREFORE, the Lienholders respectfully appeal this Honorable Court's decision.

Respectfully Submitted,

July 5, 2005

William R Mullen

Steven W. Sahagian

(2)