# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**IN RE:   RONALD HANSEN**

**BANKRUPTCY APPEAL**

**CIVIL ACTION NO. 05cv11690NG**

## O R D E R

**GERTNER,        D. J.**

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled  action on  8/15/2005  ,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before   9/2/2005   and the Appellee's brief shall be filed on or before  9/19/2005  . The Appellant may file and serve a reply brief on or before  9/27/05  .

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal.  Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

 8/18/2005 

**Date**

 /s/ JENNIFER FILO 

**Deputy Clerk**

(BKAppeal Bro.wpd - 12/98)                                      [bro.]