UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE | APPEAL NO. 1:05-cv-11690 |
| | CHAPTER 13 |
| MULLEN ET AL, | CASE NO    04-20254 WCH |
| Appellants | |
| v. | |
| RONALD A. HANSEN, | |
| Appellee | |

**APPELLEE'S MOTION TO DISMISS LIENHOLDERS' APPEAL**

Now comes the Appellee, and moves this Honorable Court to dismiss the LIENHOLDERS' APPEAL filed on July 5, 2005. As grounds therefor, the Appellee states as follows:

1. On May 13, 2005 (Docket Entry No. 39), Judge William Hillman issued an order "GRANTING (7) MOTION BY DEBTOR RONALD A. HANSEN TO AVOID LIEN WITH WILLIAM R. MULLEN AND STEVEN SAHAGIAN RE: 5 RIVER HAVEN LANE, E. FALMOUTH, MA."

2. The ten day appeal period for that order expired on May 23, 2005.

3. The date and time of the filing of the Lienholders' appeal was July 5, 2005 at 4:45 p.m.

4. The Lienholders' appeal was not timely filed and should be dismissed.

5. The Lienholder/Appellant has also failed to comply with the Federal Rules of Bankruptcy Procedure ("FRBP") specifically Rule 8006 by failing to:

    1. To serve a copy of the Appellant's designated pleadings 1-5 on Appellee's counsel;
    2. To include a statement of issues to be presented.
    3. Failing to timely file the appeal.

6. In addition, the Appellants designated on this appeal (item #1) an "Appraisal of 5 River Haven Lane, Falmouth, MA ($610,000)". Said appraisal was never filed with the Bankruptcy Court and is not part of any court record or docket. While paragraph 5 (supra) may be technical, and the Appellants are Pro Se, (although it should be noted that the Appellant, William R. Mullen is an attorney licensed in

the Commonwealth of Massachusetts) the designation of item #1 is not acceptable and is further grounds to dismiss this appeal.

WHEREFORE, and in consideration of the issues listed above, the Debtor moves this Court to dismiss the LIENHOLDERS' APPEAL.

>	Ronald Hansen,
>	By his attorney,
>
>	*/s/ Henry C. Ellis*
>
>	Henry C. Ellis, Esq.  BBO# 153360
>	Assiran, Ellis & Devlin
>	79 Church Green
>	Taunton, MA  02780
>	(508) 824-7597

Date:   August 29, 2005
C:\My Documents\EAL WORD DOC\Bankruptcy Doc\Hansen, Ronald-Motion to Dismiss Appeal.doc

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE | APPEAL NO. 1:05-cv-11690 |
| | CHAPTER 13 |
| MULLEN ET AL, | CASE NO    04-20254 WCH |
| Appellants | |
| v. | |
| RONALD A. HANSEN, | |
| Appellee | |

### APPELLEE'S MOTION TO EXTEND THE TIME TO FILE BRIEF

Now comes the Appellee and moves this Honorable Court to extend the time to file his Brief to a date that is 20 days after a final order enters on the Appellee's Motion to Dismiss Lienholders' Appeal.

As grounds herefor, the Appellant's appeal appears to have been not timely filed and the Appellee's Motion to Dismiss should be decided before the Appellee incurs the cost and expense of preparing a brief.

WHEREFORE, the Appellee moves this Honorable Court to extend the time to file a Brief to a date that is 20 days after a final order enters on the Appellee's Motion to Dismiss Lienholders' Appeal.

Ronald Hansen,
By his attorney,

_____
Henry C. Ellis, Esq.  BBO# 153360
Assiran, Ellis & Devlin
79 Church Green
Taunton, MA  02780
(508) 824-7597

Date:  August 29, 2005
C:\My Documents\EAL WORD DOC\Bankruptcy Doc\Hansen, Ronald-Motion to Dismiss Appeal.doc

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE | APPEAL NO. 1:05-cv-11690 |
| | CHAPTER 13 |
| MULLEN ET AL, | CASE NO    04-20254 WCH |
| Appellants | |
| v. | |
| RONALD A. HANSEN, | |
| Appellee | |

### CERTIFICATE OF SERVICE

I, Henry C. Ellis, hereby certify that I have this day forwarded a copy of the within APPELLEE'S MOTION TO DISMISS LIENHOLDERS' APPEAL and APPELLEE'S MOTION TO EXTEND THE TIME TO FILE BRIEF, by first class mail, postage prepaid (or by facsimile or via e-mail notification if so noted) to the following:

Doreen Solomon, Esq.  
Chapter 13 Trustee  
P.O. Box 8250  
Boston, MA  02114-0033

**Electronically mailed @**  
13trustee@ch13boston.com

William Mullen  
49 Porter Road  
Westwood, MA  02090

Lienholder

Steven Sahagian  
79 Rutledge Rd.  
Belmont, MA  02478

Lienholder

Ronald Hansen  
5 River Haven Lane  
E. Falmouth, MA  02536

Debtor

_____  
Henry C. Ellis, Esq. BBO#153360  
Assiran, Ellis, & Devlin  
79 Church Green  
Taunton, MA  02780  
508-824-7597

Date:  August 29, 2005  
C:\My Documents\EAL WORD DOC\Bankruptcy Doc\Hansen, Ronald-Motion to Dismiss Appeal.doc