UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE | APPEAL NO. 1:05-cv-11690 |
| | CHAPTER 13 |
| MULLEN ET AL, | CASE NO   04-20254 WCH |
| Appellants | |
| v. | |
| RONALD A. HANSEN, | |
| Appellee | |

### APPELLEE'S MOTION TO EXTEND THE TIME TO FILE BRIEF

Now comes the Appellee and moves this Honorable Court to extend the time to file his Brief to a date that is 20 days after a final order enters on the Appellee's Motion to Dismiss Lienholders' Appeal.

As grounds herefor, the Appellant's appeal appears to have been not timely filed and the Appellee's Motion to Dismiss should be decided before the Appellee incurs the cost and expense of preparing a brief.

WHEREFORE, the Appellee moves this Honorable Court to extend the time to file a Brief to a date that is 20 days after a final order enters on the Appellee's Motion to Dismiss Lienholders' Appeal.

Ronald Hansen,
By his attorney,

Henry C. Ellis, Esq.  BBO# 153360
Assiran, Ellis & Devlin
79 Church Green
Taunton, MA  02780
(508) 824-7597

Date:   August 29, 2005
C:\My Documents\EAL WORD DOC\Bankruptcy Doc\Hansen, Ronald-Motion to Dismiss Appeal.doc

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE | APPEAL NO. 1:05-cv-11690 |
| | CHAPTER 13 |
| MULLEN ET AL, | CASE NO     04-20254 WCH |
| Appellants | |
| v. | |
| RONALD A. HANSEN, | |
| Appellee | |

## CERTIFICATE OF SERVICE

I, Henry C. Ellis, hereby certify that I have this day forwarded a copy of the within APPELLEE'S MOTION TO DISMISS LIENHOLDERS' APPEAL and APPELLEE'S MOTION TO EXTEND THE TIME TO FILE BRIEF, by first class mail, postage prepaid (or by facsimile or via e-mail notification if so noted) to the following:

Doreen Solomon, Esq.  **Electronically mailed @**
Chapter 13 Trustee  13trustee@ch13boston.com
P.O. Box 8250
Boston, MA  02114-0033

William Mullen  Lienholder
49 Porter Road
Westwood, MA  02090

Steven Sahagian  Lienholder
79 Rutledge Rd.
Belmont, MA  02478

Ronald Hansen  Debtor
5 River Haven Lane
E. Falmouth, MA  02536

_____
Henry C. Ellis, Esq. BBO#153360
Assiran, Ellis, & Devlin
79 Church Green
Taunton, MA  02780
508-824-7597

Date:  August 29, 2005
C:\My Documents\EAL WORD DOC\Bankruptcy Doc\Hansen, Ronald-Motion to Dismiss Appeal.doc