UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE | APPEAL NO. 1:05-cv-11690 |
| | CHAPTER 13 |
| MULLEN ET AL, | CASE NO    04-20254 WCH |
|     Appellants | |
| v. | |
| RONALD A. HANSEN, | |
|     Appellee | |

### CERTIFICATE OF SERVICE

I, Henry C. Ellis, hereby certify that I have this day forwarded a copy of the within APPELLEE'S MOTION TO DISMISS LIENHOLDERS' APPEAL and APPELLEE'S MOTION TO EXTEND THE TIME TO FILE BRIEF, by first class mail, postage prepaid (or by facsimile or via e-mail notification if so noted) to the following:

Doreen Solomon, Esq.  **Electronically mailed @**
Chapter 13 Trustee  13trustee@ch13boston.com
P.O. Box 8250
Boston, MA  02114-0033

William Mullen  Lienholder
49 Porter Road
Westwood, MA  02090

Steven Sahagian  Lienholder
79 Rutledge Rd.
Belmont, MA  02478

Ronald Hansen  Debtor
5 River Haven Lane
E. Falmouth, MA  02536

                                                                Henry C. Ellis, Esq. BBO#153360
                                                               Assiran, Ellis, & Devlin
                                                                79 Church Green
                                                                Taunton, MA  02780
                                                                508-824-7597

Date:  August 29, 2005
C:\My Documents\EAL WORD DOC\Bankruptcy Doc\Hansen, Ronald-Motion to Dismiss Appeal.doc