UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

IN RE

MULLEN ET AL,
          Appellants

v.

RONALD A. HANSEN,

          Appellee

APPEAL NO. 1:05 cv 11690
CHAPTER 13
CASE NO. 04-20254 WCH

### CERTIFICATE OF SERVICE

I, Henry C. Ellis, hereby certify that on the 2nd day of Sept 2005, I caused to be mailed by first class mail, postage prepaid (by CMF/ECF System or facsimile if so noted), a copy of the attached **NOTICE OF RESPONSE DEADLINE** regarding the **MOTION TO DISMISS LIENHOLDERS' APPEAL** to the following:

| | |
|---|---|
| Doreen Solomon, Esquire<br>Chapter 13 Trustee<br>P.O. Box 8250<br>Boston, MA 02114-0033 | 13trustee@ch13boston.com |
| William Mullen<br>49 Porter Rd.<br>Westwood, MA 02090 | Lienholder |
| Steven Sahagian<br>79 Rutledge Rd.<br>Belmont, MA 02478 | Lienholder |
| Ronald Hansen<br>5 River Haven Lane<br>E. Falmouth, MA 02536 | Debtor |

                                                     _____
                                                     Henry C. Ellis (BBO# 153360)
                                                     ASSIRAN, ELLIS & DEVLIN
                                                     79 Church Green
                                                     Taunton, MA 02780-3445
                                                     (508) 824-7597

## Motions
1:05-cv-11690-NG Mullen et al v. Hansen et al

**This date is set by LR 7.1(b) and the Federal Rules of Procedure. Any date set by the Court supersedes this date. Any changes to this date will be made by Court staff**

**Response Deadline**

Date 09/12/2005

[ Next ]  [ Clear ]

**Motions**
1:05-cv-11690-NG Mullen et al v. Hansen et al

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Ellis, Henry C. entered on 8/29/2005 at 9:56 AM EDT and filed on 8/29/2005
**Case Name:**          Mullen et al v. Hansen et al
**Case Number:**        1:05-cv-11690
**Filer:**              Ronald A. Hansen
**Document Number:** 4

**Docket Text:**
MOTION to Dismiss *lienholders' appeal* by Ronald A. Hansen.(Ellis, Henry)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/29/2005] [FileNumber=1103371-0
] [bc5f078a268a9994ba3d52bf3e5e3687afb270b88c0096525a0d188722498ff20a3
3ca4073f637e179df0514b8c03b3ec829ceb802180970de268bcbbb8fa00e]]

**1:05-cv-11690 Notice will be electronically mailed to:**

Henry C. Ellis    henryellis@ellisdevlin.com

**1:05-cv-11690 Notice will not be electronically mailed to:**

William R. Mullen
49 Porter Street
Westwood, MA 02090

Steven W. Sahagian
79 Rutledge Road
Belmont, MA 02478