UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

IN RE

MULLEN ET AL,
    Appellants

v.

RONALD A HANSEN,
    Apellee

APPEAL NO. 1:05-cv-11690 NG
CHAPTER 13
CASE NO   04-20254 WCH

APPELLANTS' MOTION TO DENY
APPELLEE'S MOTION TO DISMISS LIENHOLDERS' APPEAL

Now come the Appellants and move this Honorable Court to dismiss the Appellee's Motion To Dismiss Lienholders' Appeal filed on August 29, 2005. As grounds therefor, the Appellants state as follows:

1. On May 13, 2005 (Docket Entry No. 39), Judge William Hillman issued an order "GRANTING (7) MOTION BY DEBTOR RONALD A. HANSON TO AVOID LIEN WITH WILLIAM R. MULLEN AND STEVEN SAHAGIAN RE: 5 RIVERHAVEN LANE, E FALMOUTH MA.

2. Within the ten day appeal period for that order on May 23, 2005. Lienholders Filed A Motion to Reconsider and to Amend the May 13th order. Believing, in the absence of a written opinion that Judge Hillman had not considered Lienholders' Appraisal; even though the Bankruptcy Court had it date and time stamped and inserted in the file.

3. On June 22, 2005, Judge Hillman again without written opinion, denied Lienholders' Motion to Reconsider.

3. The Lienholders' appeal to this Honorable Court was timely filed as to the June 22, 2005 date on July 5, 2005 at 3:41 pm. not 4:45 as Appellant Incorrectly states in his motion.

4. The Lienholders/Appellants respectfully request the Court's indulgence if the Federal Rules of Bankruptcy Procedure was not complied with. Appellants believe, evidently in ignorance since Appellee's counsel has seemingly immediate access electronically to the Court's files, that further notice was not necessary.

5. In addition, regarding the Appellants' Designation on this appeal (item 1) An "Appraisal of 5 River Haven Lane, Falmouth, MA ($610,000)". Said appraisal was filed with the Bankruptcy Court and is part of the Court record and is in the physical file currently.

Wherefore and in consideration of the issues listed above, Appellants move this court to deny Appellee's Motion to Dismiss Lienholders' Appeal.

Respectfully Submitted,

September 7, 2005

_____
William R. Mullen

_____
Steven W. Sahagian

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

IN RE

RONALD A. HANSEN

**DEBTOR**

05-11690 NG
CHAPTER 13
Case No. 04-20254 WCH

## CERTIFICATE OF SERVICE

We, William R Mullen and Steven W. Sahagian, hereby certify that on the 7th day of September, 2005, We caused to be mailed by first class mail, postage prepaid (or facsimile if noted), a copy of the attached APPELLANTS' MOTION TO DENY APPELLEE'S MOTION TO DISMISS LIENHOLDERS' APPEAL to the following:

| | |
|---|---|
| Doreen Solomon, Esq.<br>P O Box 8250<br>Boston MA 02114 | Chapter 13 Trustee<br>VIA FASCIMILE: 617-723-2998 |
| Henry C. Ellis (BBO# 153360)<br>ASSIRAN, ELLIS & DEVLIN<br>79 Church Green<br>Taunton MA 02780-3445 | Attorney for Debtor |
| Ronald Hansen<br>5 River Haven Lane<br>E. Falmouth MA 02536 | Debtor |

Signed under the pains and penalties of perjury this 7th day of September, 2005.

_William R Mullen_
William R Mullen (781)440-0808
49 Porter Street
Westwood MA 02090

_Steven W. Sahagian_
Steven W. Sahagian (617)484-3588
79 Rutledge Road
Belmont MA 02478