UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE | APPEAL NO. 1:05-cv-11690<br>CHAPTER 13 |
| MULLEN, ET AL,<br>　　　　Appellants | CASE NO    04-20254 WCH |
| v. | |
| RONALD A. HANSEN,<br>　　　　Appellee | |

### APPELLEE'S MOTION TO EXTEND THE TIME TO FILE BRIEF

Now comes the Appellee and moves this Honorable Court to extend the time to file his Brief from October 19, 2005 until October 31, 2005 (12 days).

As grounds herefor, the Appellant's attorney is still recuperating at home due to two surgical operations on August 5, 2005 and August 8, 2005. Counsel is still unable to walk and is not working full time. Counsel needs the additional 12 days to file his brief.

WHEREFORE, the Appellee moves this Honorable Court to extend the time to file his Brief to October 31, 2005.

　　　　　　　　　　　　　　　　　　　　Ronald Hansen,
　　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Henry C. Ellis, Esq.  BBO# 153360
　　　　　　　　　　　　　　　　　　　　Assiran, Ellis & Devlin
　　　　　　　　　　　　　　　　　　　　79 Church Green
　　　　　　　　　　　　　　　　　　　　Taunton, MA  02780
　　　　　　　　　　　　　　　　　　　　(508) 824-7597

Date:   October 13, 2005
C:\My Documents\EAL WORD DOC\Bankruptcy Doc\Hansen, Ronald-Motion to Extend Time to File Brief.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE<br><br>MULLEN, ET AL,<br>        Appellants<br><br>v.<br><br>RONALD A. HANSEN,<br>        Appellee | APPEAL NO. 1:05-cv-11690<br>CHAPTER 13<br>CASE NO    04-20254 WCH |

**CERTIFICATE OF SERVICE**

    I, Henry C. Ellis, hereby certify that I have this day forwarded a copy of the within APPELLEE'S MOTION TO EXTEND THE TIME TO FILE BRIEF, by first class mail, postage prepaid (or by facsimile or via e-mail notification if so noted) to the following:

Doreen Solomon, Esq.  
Chapter 13 Trustee  
P.O. Box 8250  
Boston, MA  02114-0033  

**Electronically mailed @**  
13trustee@ch13boston.com

William Mullen  
49 Porter Road  
Westwood, MA  02090  

Lienholder

Steven Sahagian  
79 Rutledge Rd.  
Belmont, MA  02478  

Lienholder

Ronald Hansen  
5 River Haven Lane  
E. Falmouth, MA  02536  

Debtor

                                                              _/s/ Henry C. Ellis_____  
                                          Henry C. Ellis, Esq. BBO#153360  
                                          Assiran, Ellis, & Devlin  
                                          79 Church Green  
                                          Taunton, MA  02780

Date:  October 13, 2005